APPLICANT      <u>REYES A. SANCHEZ</u>      APPLICATION NO. <u>WR-82,610-01</u>

# APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

## ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_[signature]_      1-14-15

**JUDGE**      **DATE**